Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT

for the

US District of Oregon

Portland Division

|  |  |
|---|---|
| Leanne J. Hensley | ) |
| | ) |
| *Plaintiff(s)* | ) |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **-v-** | ) |
| | ) |
| | ) |
| | ) |
| ZGF Architects | ) |
| | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued.  If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names.)* | ) |

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.    **The Parties to This Complaint**

   A.    **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

|  |  |
|---|---|
| Name | Leanne J. Hensley |
| Street Address | PO Box 6166 |
| City and County | Bend, Deschutes |
| State and Zip Code | Oregon, 97708 |
| Telephone Number | 503 741 1616 |
| E-mail Address | leannejhensley@gmail.com |

   B.    **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Kathy Berg / Liz Rhodes |
| Job or Title *(if known)* | Partner / Talent & Development Co-ordinator |
| Street Address | 1223 SW Washington Street, Suite 200 |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon, 97205 |
| Telephone Number | 503.224.3860 |
| E-mail Address *(if known)* | liz.rhodes@zgf.com / kathy.berg@zgf.com |

Defendant No. 2

| | |
|---|---|
| Name | Lona Rerick |
| Job or Title *(if known)* | Architect |
| Street Address | 1223 SW Washington Street, Suite 200 |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon, 97205 |
| Telephone Number | 503.224.3860 |
| E-mail Address *(if known)* | lona.rerick@zgf.com |

Defendant No. 3

| | |
|---|---|
| Name | Peter Harrison |
| Job or Title *(if known)* | Interior Designer |
| Street Address | 1223 SW Washington Street, Suite 200 |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon, 97205 |
| Telephone Number | 503.224.3860 |
| E-mail Address *(if known)* | peter.harrison@zgf.com |

Defendant No. 4

| | |
|---|---|
| Name | Ted Hyman / James Woolum / Mitra Memari |
| Job or Title *(if known)* | Partner x (3) |
| Street Address | 515 South Flower Stree, Suite 3700t |
| City and County | Los Angeles, Los Angeles |
| State and Zip Code | California, 90071 |
| Telephone Number | 213.617.1901 |
| E-mail Address *(if known)* | ted.hyman@zgf.com / james.woolum@zgf.com |

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | ZGF Architects |
| Street Address | 1223 SW Washington Street, Suite 200 |
| City and County | Portland, Multnomah |
| State and Zip Code | Oregon, 97205 |
| Telephone Number | 503.224.3860 |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:



☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒    Other federal law *(specify the federal law)*:

Genetic Information Nondiscrimination Act (GINA) / 1st & 8th Ammendment

☒    Relevant state law *(specify, if known)*:

- 42 U.S.C as Codified, 1983/1985/1986/1988 1983/1985/1986/1988 / ORS 659.800 & ORS 659.805 / Oregon SB577

☐    Relevant city or county law *(specify, if known)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☒    Failure to hire me.

☐    Termination of my employment.

☐    Failure to promote me.

☒    Failure to accommodate my disability.

☒    Unequal terms and conditions of my employment.

☒    Retaliation.

☒    Other acts *(specify)*:    Blacklisting, Acts of Intimidation, Slander, contributor to a Swatting Crime with Nike / Oregon DOJ / Gov. Kate Brown, through Negligence to Hire a highly Qualified Licensed Design Professional. ******WILLFUL engagement & promotion of Neuro-Discrimination, for years within the Oregon Coroporate Market.

*(Note:  Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

October 2016 onwards / heavily Discriminated, openly initimiated & mocked since October 2018 onwards and still currently, openly mocked / Digitally harassed.

C.    I believe that defendant(s) *(check one)*:

☒    is/are still committing these acts against me.

☐    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒    race    Guyanese Asian Indian

☒    color    Brown

☒    gender/sex    Female

☒    religion    Christian / Ashtanga & Iyengar based Yoga Practitioner

☒    national origin    East Indian / South Asian / Indian American / Desi-American

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

⊠        age *(year of birth)*        1983        *(only when asserting a claim of age discrimination.)*

⊠        disability or perceived disability *(specify disability)*

Slandered in a Swatting Crime and broadcast to the entire PNW / National / Global AEC Industry ~ that I'm #incompetent & #indigent.******WILLFUL engagement & promotion of Neuro-Discrimination, for years within the Oregon Coroporate Market.

E.        The facts of my case are as follows.  Attach additional pages if needed.

On May 12, 2020 ~ As discussed at length with the Seattle Supervisor Eric on the Phone/Email & via email to Investigator Byrne ~ the severe Oregon/PNW/USA - AEC Retaliation from AIA Members and Oregon State Agencies ~ as since Reported to the OGEC, via Investigator Ron via the Complaint Portal & email - yesterday 5.12.2020 in detail.

***Sadly, the overt & Unprofessional Retaliation I have continued to experience for Pursing the Right to Sue several Companies/Agencies of Authority - has long since progressed into gang-stalking from the Bend Police....The DPSST has also been given very detailed information on 5.6.2020 ~ on the horrific Human & Civil Rights Violations from (2) Law Enforcement Departments/Counties and will be mailed additional evidence, to assist them.

~ I have had to flesh out the details of such high-level Criminality from those in the Oregon AIA & within the overall AEC Market ~ directly to Inspector General Horowitz, several other Legislators and of course, Oregon Senator Wyden ~ have now been fully informed of the details behind the actions of those responsible.

•    Congressman Ro Khanna / Washington State Democratic Senate Staffer & President of SABA, Samir Junejo recognized that I've endured a Swatting Crime - in response to Reporting a Hate Crime / years of Employment Blacklisting from the Oregon AIA, specifically ZGF & those I've documented - at the time I was issued the Right to Sue from the Seattle EEOC.

•    On May 8th, 2020 ~ I informed the Oregon Architects Examiner Board Investigator, Gary ~ via phone & email about connected Official Complaints, Investigation details & Filed a Formal Complaint under Governor Kate Brown, via the Oregon Government Ethics Complaint Portal Online on May 12, 2020.  I followed up with the FULL extents of my digital Case Files for the (3) Case I have Registered to Represent. ***He and I had actually talked a few months back and he agreed then ~ that what I had been experiencing for YEARS was Illegal....

•    AIA Virginia and AIA Hampton Roads - support my Right to work in Oregon WITHOUT Discrimination due to my State of Virginia License & Asian Indian Race.

~ (6) State & Federal Investigators are involved at this point as of May 14th, 2020.

***I was Swatted during an Active #CIA, NOFEARACT Investigation INTO THE BLACKLISTING beginning April 2019, after a staged Arrest in February 2019, after Launching a Tort Claim in December 2018 for a Reported Hate Crime from the City of Astoria Police Department / City Council, in June 2018 - which many Legislators & IG's know about in detail...after which I was leading National Political AEC Advocacy...and pursuing a Sr. Nike position, because they were the only appropriate Employer to approach, due to my extensive Credentials - which are solidly well-established creative, innovative & neuro-diverse.

~ SABA National & the Oregon State Bar are #gatekeeping...I've already Reported via Complaint the (2) Attorneys & Bend DA involved in the Swatting Crime to the Oregon State Bar / issued Testimony to Congressman Buck, Rep Ben Cline & Rep Cohenon ~ March 13th, 2020 for H.R. 5602, Domestic Terrorism Prevention Act of 2020 ~ since I was Swatted for trying to Report Unlawful Blacklisting - due to my State of Virginia Licensure and Asian Indian Race.***I've lived in Oregon for (5) years....these things should have NEVER happened.

~ As of last week specifically, I documented extreme White Nationalism from the Oregon AIA ~ all of which continues to be Unlawfully protected by ALL Legal Professionals in the State of Oregon - due to protecting their Architect & Nike Colleagues ~ by refusing to give Legal Representation...

***Please Reference the Complaints given the State of Oregon Courts for:
1) Civil Case Complaint for ZGF Architects
2) Employment Discrimination from Nike / Civil Case Complaint for Nike
3) Complaint Filed for Civil Rights Violations for the State of Oregon & the Oregon DOJ
4) Official Complaints Filed for State & Federal Agencies
***Please have the Judge, Review the digital Guide Documents to the entire L.Hensley Set of (3) Cases within Oregon Courts, regarding: a)Hate Crime, b)Blacklisting per Right to Sue x (2), and c) a Swatting Crime - separated out via Word Doc, each referenceing Dropbox links, containing Files of complete Importance, for such continued: sensitive, immoral & Unlawful Discrimination.  ***These links have been already shared with 4+ Investigators, both State & Federal.  ***For these reasons, & as per CIA Case#P2019-00581 / CIA-IG Case #H20191964  / OGIS Case No. 19-03045 ~ I kindly ask the Oregon Courts to SEAL these Court Filings & all Records sent for State or Federal Review of Unlawful Violations of Civil & Human Rights.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Yes ~ I have endured 3+ years of Illegality from ZGF Architects, creating a #toxic PNW AEC Industry.

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*    2/13/2020    .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

~ I am worth $250,000 Annually as an over 15+ year Commercially-based, State Licensed Professional & Educator, who is now an Oregon Certified WBE/MBE Business Owner and Credentialed Athletic/Wellness Coach.

~ I kindly Request the State of Oregon Court to Order that ZGF Architects pay Restitutory Compensation Damages of: (3) years for Unlawful Discrimination + (1) year for being apart of a Swatting Crime to protect the PNW-wide AEC Blacklisting.

***(4) years of Damages valued at: a minimum of $1 Million Dollars, plus Attorney's & Court Fees & State Taxes / ***PLUS ~ Ethics Violations Fines via open Violation of National AIA Professional Practice Standards & Policy, valued at 50% of (4) years Value, for another $500,000 in Compensation for Victim / ***PLUS 75% of (3) years Value, for Medical Damages due to massive stress caused to Victim for another $562,500.

~ TOTAL MINIMUM Compensation Valued at: $2.5 Million + Additional Fees listed above.

I ALSO kindly Request that the State of Oregon, via guidance from ZGF Architects and the Oregon AIA - to introduce NEW Commercial Interiors State Licensure. I'd like to be the 1st Oregon State Certified Interiors Professional.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        5/14/2020

Signature of Plaintiff      Leanne J.Hensley

Printed Name of Plaintiff    Leanne J. Hensley

### B.    For Attorneys

Date of signing:        5/14/2020

Signature of Attorney      n/a

Printed Name of Attorney    n/a

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

| | |
|---|---|
| Bar Number | n/a |
| Name of Law Firm | n/a |
| Street Address | PO Box 6166 |
| State and Zip Code | Bend, OR 97708 |
| Telephone Number | 503 741 1616 |
| E-mail Address | leannejhensley@gmail.com |