IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEANNE J. HENSLEY,

                Plaintiff(s),

    v.

ZGF ARCHITECTS, et al.,

                Defendant(s).

Civil No. 03:20-cv-00793-JR

**ORDER**

Pursuant to 28 U.S.C. § 1914, a party seeking to institute a civil action shall pay a filing fee of $350.00 plus an administrative fee of $50.00. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Plaintiff neither paid the filing fee nor submitted an application to proceed *in forma pauperis*.

Accordingly, IT IS ORDERED that plaintiff shall submit a filing fee or an application to proceed *in forma pauperis* within 30 days of the date of this order. Plaintiff's failure to do so will result in the dismissal of this action.

The Clerk of the Court is DIRECTED to send plaintiff a form application to proceed *in forma pauperis* with this order.

Dated this 18th day of May, 2020.

        by   /s/ Jolie A. Russo
               Jolie A. Russo
               United States Magistrate Judge